# United States District Court
# Eastern District of California

Larsen
Plaintiff(s)

V.

United States of America
Defendant(s)

Case Number: 2:26-cv-02352-TLN-DMC

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Tanner C. Rolfes hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff ASHLEY ROBERSON

On 09/16/2020 (date), I was admitted to practice and presently in good standing in the Supreme Court of Missouri (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Roberson v. United States of America, 2:26-cv-02356 (filed concurrently)

Date: 07/31/2026 Signature of Applicant: /s/ /s/ Tanner C. Rolfes

**Pro Hac Vice Attorney**

Applicant's Name: Tanner C. Rolfes

Law Firm Name: Rosenblum Schwartz Fry & Johnson

Address: 120 South Central Avenue

Suite 130

City: Saint Louis State: MO Zip: 63105

Phone Number w/Area Code: (314) 913-1120

City and State of Residence: Saint Louis, Missouri

Primary E-mail Address: trolfes@rsfjlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Landon D. Bailey

Law Firm Name: Bailey PLC

Address: 1200 Suncast Lane

Suite 7

City: El Dorado Hills State: CA Zip: 95762

Phone Number w/Area Code: (916) 713-2580 Bar # 240236

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 12, 2026

JUDGE, U.S. DISTRICT COURT