UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN ALAN LARSEN, individually and as Successor in Interest to CAN DACE LARSEN, Deceased; JULIA DEANNA LARSEN, individually; LAUREN K. MELVILLE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:26-cv-02352-TLN-DMC<br><br>**RELATED CASE ORDER** |
| ASHLEY ROBERSON, individually and a Personal Representative to the ESTATE OF SUSAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:26-cv-02356-JAM-DMC |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions

are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:26-cv-02356-JAM-DMC is reassigned to District Judge Troy L. Nunley and Magistrate Judge Dennis Cota, and the caption shall read 2:26-cv-02356-TLN-DMC. Any dates currently set in 2:26-cv-02356-JAM-DMC are hereby VACATED. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

DATED: August 20, 2026

Troy L. Nunley
Chief United States District Judge